FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20 - 326 mv |
| vs. | ) Count 1: 21 U.S.C. § 846: Conspiracy; |
| **DENNIS GRIEGO**, | ) Counts 2 and 3: 18 U.S.C. § 1791(a)(2) and (b)(1): Obtaining Contraband as an Inmate of a Prison; |
| Defendant. | ) Count 4: 18 U.S.C. § 1791(a)(2) and (b)(3): Obtaining Contraband as an Inmate of a Prison. |

INDICTMENT

The Grand Jury charges:

Count 1

From a date unknown, but not later than March 31, 2018, and continuing to on or about April 30, 2018, in Sandoval County, in the District of New Mexico, and elsewhere, the defendant, **DENNIS GRIEGO**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit offenses defined in 21 U.S.C. § 841(a)(1), specifically distribution of a controlled substance.

In violation of 21 U.S.C. § 846.

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, the amount of methamphetamine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him, is a mixture and substance containing a detectible amount of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(C).

With respect to the defendant, the amount of buprenorphine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectible amount of buprenorphine, contrary to 21 U.S.C. § 841(b)(1)(E).

Count 2

On or about April 30, 2018, in Sandoval County, in the District of New Mexico, the defendant, **DENNIS GRIEGO**, an inmate of Sandoval County Detention Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, attempted to obtain a prohibited object, and the offense involved methamphetamine.

In violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

Count 3

On or about April 30, 2018, in Sandoval County, in the District of New Mexico, the defendant, **DENNIS GRIEGO**, an inmate of Sandoval County Detention Center, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, attempted to obtain a prohibited object, and the offense involved buprenorphine, a narcotic drug.

In violation of 18 U.S.C. §§ 1791(a)(2) and (b)(1).

Count 4

On or about April 30, 2018, in Sandoval County, in the District of New Mexico, the defendant, **DENNIS GRIEGO**, an inmate of Sandoval County Detention Center, a prison,

institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, attempted to obtain a prohibited object, and the offense involved marijuana.

In violation of 18 U.S.C. §§ 1791(a)(2) and (b)(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

SM
1/24/2020 11:32 AM